**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

*RULE 3011*

List of Unclaimed Funds, Claimants, and Amounts

IN THE MATTER OF:                                CHAPTER 13 CASE:

ROSIE MARY MIMS                                  06-01462-EE

| CLAIMANT | LAST KNOWN ADDRESS | AMOUNT |
|---|---|---|
| ROSIE MARY MIMS | 6300 OLD CANTON RD. APT. 10-206 JACKSON, MS 39211 | $854.80 |
|  |  |  |
|  |  |  |

DATED:     4/12/11                              Respectfully submitted,

                                                /s/James L. Henley, Jr.
                                                James L. Henley, Jr., MSB #9909
                                                Chapter 13 Trustee
                                                PO Box 31980
                                                Jackson, MS 39286
                                                (601) 981-9100

CC:    JOHN L. GADOW
       ATTORNEY AT LAW
       502 SOUTH PRESIDENT ST.
       JACKSON, MS 39201